SEALED    11-mj-6339-RSR

BATES, J. JDB

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED IN OPEN COURT

Holding a Criminal Term

APR 1 9 2011

Grand Jury Sworn in on November 12, 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

INDICTMENT

| UNITED STATES OF AMERICA | : | CRIMINAL NO. **CR-11-110** |
|---|---|---|
| v. | : | VIOLATIONS: |
| | : | 21 U.S.C. §§ 959, 960, 963 |
| JOSE ANTONIO CONTRERAS-REYES (1) | : | (Conspiracy to Distribute Five |
| a.k.a. "Pepe" | : | Kilograms or More of Cocaine On Board |
| a.k.a. "El Viejo" | : | an Aircraft Registered in the United |
| a.k.a. "PP" | : | States and to Distribute Five Kilograms |
| | : | or More of Cocaine Knowing and |
| MARWAN CHEBLI CHEBLI (2) | : | Intending that the Cocaine Will Be |
| a.k.a. "El Turco" | : | Illegally Imported into the United States) |
| a.k.a. "Samir" | : | |
| | : | 21 U.S.C. §§ 959(b), 960 |
| | : | (Possession with Intent to Distribute |
| MIGUEL ROSA-URENA (3) | : | Five Kilograms or More of Cocaine On |
| a.k.a. "El Gato" | : | Board an Aircraft Registered in the |
| | : | United States) |
| KAREN MAJOR (4) | : | |
| | : | 18 U.S.C. § 2 |
| DEFENDANTS | : | (Aiding and Abetting) |
| | : | |
| | : | 21 U.S.C. § 853 |
| | : | 21 U.S.C. § 970 |
| | : | (Forfeiture) |

Case Related To 10-CR-178 (redacted)

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From in or about March 2010, and continuing thereafter up to and including the date of the filing of this Indictment, the exact dates being unknown to the Grand Jury, in the Dominican Republic, Honduras, Venezuela, the Bahamas, Colombia, the United States, and elsewhere, the Defendants JOSE ANTONIO CONTRERAS-REYES, a.k.a "Pepe," a.k.a. "El Viejo," a.k.a. "PP," MARWAN CHEBLI CHEBLI, a.k.a. "El Turco," a.k.a. "Samir," MIGUEL ANTONIO ROSA-URENA, a.k.a. "El Gato," KAREN MAJOR, and others known and unknown to the Grand Jury, did knowingly, and intentionally combine, conspire, confederate, and agree to commit the following offense against the United States: (1) to knowingly and intentionally, on board an aircraft registered in the United States, distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 959(b) and 960; and (2) to knowingly and intentionally distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, knowing and intending that such substance will be unlawfully imported into the United States in violation of Title 21, United States Code, Sections 959(a) and 960; aiding and abetting; all in violation of Title 21, United States Code, Sections 963 and 960, and Title 18, United States Code, Section 2.

(Conspiracy to Distribute Five Kilograms or More of Cocaine On Board an Aircraft Registered in the United States, and to Distribute Five Kilograms or More of Cocaine Knowing and Intending that It Will Be Illegally Imported into the United States, in violation of Title 21, United States Code, Sections 959, 960, and 963, and Title 18, United States Code, Section 2)

## COUNT TWO

On or about May 22, 2010, in Venezuela and Honduras, and elsewhere, the defendants JOSE ANTONIO CONTRERAS-REYES, a.k.a. "Pepe," a.k.a. "El Viejo," a.k.a. "PP," MIGUEL ANTONIO ROSA-URENA, a.k.a. "El Gato," and others known and unknown to the Grand Jury, did knowingly and intentionally, on board an aircraft registered in the United States, possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and aiding and abetting, in violation of Title 21, United States Code, Sections 959(b) and 960, and Title 18, United States Code, Section 2.

(Possession with Intent to Distribute Five Kilograms or More of Cocaine On Board an Aircraft Registered in the United States, in violation of Title 21, United States Code, Sections 959(b) and 960, and Title 18, United States Code, Section 2)

3

## FORFEITURE ALLEGATION

Upon conviction of the criminal violations alleged in Count One (with respect to defendants JOSE ANTONIO CONTRERAS-REYES, a.k.a "Pepe," a.k.a. "El Viejo," a.k.a. "PP," MARWAN CHEBLI CHEBLI, a.k.a. "El Turco," a.k.a. "Samir," MIGUEL ANTONIO ROSA-URENA, a.k.a. "El Gato," and KAREN MAJOR) and Count Two (with respect to defendants JOSE ANTONIO CONTRERAS-REYES, a.k.a "Pepe," a.k.a. "El Viejo," a.k.a. "PP," and MIGUEL ANTONIO ROSA-URENA, a.k.a. "El Gato") of the Indictment, the defendants JOSE ANTONIO CONTRERAS-REYES, a.k.a "Pepe," a.k.a. "El Viejo," a.k.a. "PP," MARWAN CHEBLI CHEBLI, a.k.a. "El Turco," a.k.a. "Samir," MIGUEL ANTONIO ROSA-URENA, a.k.a. "El Gato," and KAREN MAJOR (as named in the respective counts of the Indictment):

(1)   Shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all respective right, title or interest which such defendants may have in:

   (a)   any and all money and/or property constituting, or derived from, any proceeds which such defendants obtained, directly or indirectly, as the result of the violations alleged in Counts One and Two of this Indictment; and

   (b)   any and all property used, in any manner or part, to commit, or to facilitate the commission of, the violations alleged in Counts One and Two of this Indictment.

(2)   If any of said forfeitable property, as a result of any act or omission of the defendants --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

4

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property. Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970.

(Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970)

A TRUE BILL:

*[signature]*

ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

By:  *[signature]*
Stephen Sola
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530
(202) 514-8020 (phone)

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By *Mark Coates  4-19-11*
Deputy Clerk

5

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**SEALED**

United States of America
v.

JOSE ANTONIO CONTRERAS-REYES, et al

*Defendant*

Case No. **CR-11-110-4**

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By *Mark Coster* 4-19-11
Deputy Clerk

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Karen Major,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Distribute Five Kilograms or more of Cocaine on Board an Aircraft Registered in the United States and to Distribute Five Kilograms or More of Cocaine Knowing and Intending that the Cocaine Will Be Illegally Imported Into the United States in violation of 21 U.SC. § § 959, 960, 963 and 18 U.S.C. § 2.

Date: 04/19/2011

City and state:   Washington, DC

**DEBORAH A. ROBINSON**
**U.S. MAGISTRATE JUDGE**
*Issuing officer's signature*

**DEBORAH A. ROBINSON**
**U.S. MAGISTRATE JUDGE**
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____          _____  Arresting officer's signature  _____  Printed name and title |